393 A.2d 1276

Commonwealth v. Forcey, Appellant.

Argued April 14, 1978.  H. David Rothman, for appellant; Laurence B. Seaman, Assistant District Attorney, with him Thomas F. Morgan, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.